No. D–2155. IN RE DISBARMENT OR OTHER DISCIPLINE OF MOORE. Teddy I. Moore, of Flushing, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

Dissenting statement by JUSTICE STEVENS, with whom JUSTICE BREYER joins.

In my opinion Teddy I. Moore should be reprimanded for his unprofessional conduct and also admonished that future misconduct of the same sort will be sanctioned more severely.